FILED
7/20/2015 6:01:48 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Brenda Carrillo

## CAUSE NO. 2013-CI-07756

| | | |
|---|---|---|
| M2G REAL ESTATE, LTD. | | |
| F/K/A B&M REAL ESTATE, LTD. | § | IN THE DISTRICT COURT |
| | | |
| VS. | § | 288TH JUDICIAL DISTRICT |
| | | |
| PETE ESCALANTE GUTIERREZ | § | BEXAR COUNTY, TEXAS |
| D/B/A FAST CASH REFUND EXPRESS | | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/21/2015 10:11:48 AM
KEITH E. HOTTLE
Clerk

### NOTICE OF APPEAL

Notice is hereby given that the Defendant, PETE ESCALANTE GUTIERREZ D/B/A FAST CASH REFUND EXPRESS, appeals from the Turnover Order signed June 18, 2015 and all adverse interlocutory rulings that merged into the judgment.

The order was signed in Cause No. 2013-CI-07756 in the 288th Judicial District Court of Bexar County. The appeal will be to the Fourth Court of Appeals.

Respectfully submitted,

Maldonado Galvan Morales Hakeem & Diaz, PLLC

/s/ *Jason Galvan*

Jason Galvan, Esq.
State Bar No. 24038371
924 McCullough Ave.,
San Antonio, Texas 78215
Phone: (210) 927-3412 Ext. 107
Fax: (210) 921-0403

### CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July 2015, a copy of the foregoing was served on the following pursuant to the Texas Rules of Civil Procedure:

Paul T. Curl
Brittany M. Weil
Herbert S. Hill
Curl Stahl Geis, PC
700 North St. Mary's Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 226-2182
Telecopier: (210) 226-1691

/s/ *Jason Galvan*
Jason Galvan, Esq.